B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of South Carolina

In re Arthur Cranwell Boensch                    ,    Case No. 2:18-bk-02291-JW

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lycaste, LLC | Anthium, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SN Servicing Corporation
323 5th Street, Eureka, CA 95501

Court Claim # (if known): 8-1
Amount of Claim: $28,744.07
Date Claim Filed: 02/27/2020

Phone: 800-603-0836
Last Four Digits of Acct #: 9407

Phone: 877-332-3543
Last Four Digits of Acct. #: 6656

Name and Address where transferee payments should be sent (if different from above):
SN Servicing Corporation
323 5th Street, Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 9407

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves    Date: 12/13/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case No. 2:18-bk-02291-JW

## **CERTIFICATE OF SERVICE**

On December 13, 2020, I served the foregoing documents described as T*ransfer of Claim* upon the following individuals by electronic means through the Court's ECF program:

**COUNSEL(S) FOR DEBTOR(S)**

Michael Conrady    mconrady@campbell-law-firm.com, jbarnett@campbell-law-firm.com

**TRUSTEE(S) / TRUSTEE(S) COUNSEL(S)**

James M. Wyman    13info@charleston13.com, wyman@charleston13.com, lamontagne@charleston13.com, renno@charleston13.com, d_nobles@bellsouth.net, milligan@charleston13.com, nobles@charleston13.com, jameswymanlaw@gmail.com, charleston13info@gmail.com

US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

On December 13, 2020, I served the foregoing documents described as *Transfer of Claim* upon the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, Florida enclosed in a sealed envelope, with postage paid, addressed as follows:

**Debtor**
**Arthur Cranwell Boensch**
233 Cocoa Drive
Walterboro, SC 29488

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker



323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

November 10, 2020

A BOENSCH JR
CLAUDIA BOENSCH
233 COCOA DR
WALTERBORO SC  29488

RE:  **New Loan Number:** ▮▮▮▮▮▮▮▮▮▮
     Old Loan Number: ▮▮▮▮▮▮▮

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Borrower:

You are hereby notified that the servicing of your above-referenced loan, that is, the right to collect payments from you, has been assigned, sold or transferred from Land Home Financial Services Inc to SN Servicing Corporation for Lycaste LLC effective October 14, 2020.

The assignment, sale, or transfer of the servicing of the loan does not affect any term or condition of the security instruments, other than terms directly related to the servicing of your loan.

Your new servicer will be **SN Servicing Corporation**.

The correspondence address for your new servicer is SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

Send all payments on or after October 14, 2020 to your new servicer.

**Make your payments payable to:**     Lycaste LLC

**Mail your payments to:**              SN Servicing Corporation
                                        **PO BOX 660820**
                                        **DALLAS, TX 75266-0820**

Should you have any questions relating to the transfer of servicing to your new servicer call Marianne Larkin at  (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m. Pacific Time.  You may access your account and make payments via our secure website at https://borrower.snsc.com.

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: SN Servicing Corporation will not continue to accept your optional insurance payments as a part of your monthly loan payment nor will it be responsible for the continuation of any such optional insurance coverage.  You should take the following action to maintain coverage: contact your optional insurance carrier immediately for instructions on how to continue such optional insurance coverage.

*SN Servicing Corporation for Lycaste LLC*
Customer Service Department